FILED

AUG 03 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 1:22-CR- 49 |
| BRUCE HENRY SMITH, | Violations: 18 U.S.C. § 3146(a)(1) |
| Defendant. | 18 U.S.C. § 3146(b)(1)(A)(ii) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Failure to Appear)

On or about the March 24, 2022, in Harrison County, in the Northern District of West Virginia, defendant **BRUCE HENRY SMITH,** having been charged with a violation of Title 18, United States Code, Section 1542 (False Statement in Application for a Passport), a felony offense punishable by imprisonment for a term of five years or more, and violations of Title 42, United States Code, Section 408 (Misuse of a Social Security Account Number), a felony offense punishable by imprisonment for a term of five years or more, and having been released pursuant to chapter 207 of Title 18, United States Code, in connection with the aforementioned criminal charges, did knowingly and willfully fail to appear as required before United States Magistrate Judge Michael J. Aloi at the United States Courthouse, 500 W. Pike Street, Clarksburg, West Virginia, on March 24, 2022, for a Rule 11 hearing in Case No. 1:20-CR-81, titled United States v. Bruce Henry Smith, in violation of 18 U.S.C. §§ 3146(a)(1) and 3146(b)(1)(A)(ii).

WILLIAM IHLENFELD
United States Attorney

Brandon S. Flower
Assistant United States Attorney