**Waiver of Indictment**

## UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

v.  Criminal No.: 1:22cr49

**BRUCE HENRY SMITH,**

       Defendant.

The above named defendant, BRUCE HENRY SMITH, being charged with Failure to Appear, in violation of Title 18, United States Code, Sections 3146(a)(1) and 3146(b)(1)(A)(ii) and being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____,
*Defendant,*

_____,
*Counsel for Defendant,*

Date _____