# FILED

## AUG 0 3 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301



**U.S. Department of Justice**
Office of United States Attorneys
Northern District of West Virginia

| **Wheeling Office** | **Clarksburg Office** | **Elkins Office** | **Martinsburg Office** |
|---|---|---|---|
| 1125 Chapline St. | 320 W. Pike St. | 300 3rd St. | 217 W. King St. |
| Suite 3000 | Suite 300 | Suite 300 | Suite 400 |
| Wheeling, WV 26003 | Clarksburg, WV 26301 | Elkins, WV 26241 | Martinsburg, WV 25401 |
| Fax: | Fax: | Fax: | Fax: |

### FACSIMILE COVER SHEET

| Date: | Wednesday, August 3, 2022 | No. of Pages: | 11 |
|---|---|---|---|
| To: | Clerk | (Including Cover) | |
| FAX: | (304) 623-4551 | From: | Jennifer Reed |
| Phone: | | Phone: | 304-626-1635 |
| Company: US District Court NDWV | | Fax: | 304-623-7031 |

**Comments:**

Attached, please find a new information for Bruce Henry Smith and all the accompanying documents. If you have any questions, please let me know. Thanks!!

The document accompanying this transmittal sheet is intended only for the use of the individual(s) or entity to which it is addressed and may contain information that is legally privileged or otherwise not subject to disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at one of the above addresses via the United States Postal Service. Thank you.