```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

v.                                    Crim. Action Nos. 1:20-CR-81
                                                        1:22-CR-49

**BRUCE HENRY SMITH,**

       **Defendant.**

## ORDER RESCHEDULING SENTENCING

The sentencing hearing in this matter, which was previously scheduled for January 31, 2022, is **RESCHEDULED** to **February 21, 2023**, at **11:00 a.m.**, at the **Clarksburg, West Virginia**, point of holding court.

The Court **ORDERS** that prior to sentencing, counsel for Defendant review with him/her the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, <u>In Re: Revised Standard Probation and Supervised Release Conditions</u>, 3:16-MC-56.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation, and all appropriate agencies.

**ORDER RESCHEDULING SENTENCING**

DATED: January 27, 2023

*Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA