# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

V.                                                                   CRIMINAL ACTION NO: 1:20CR81
                                                                                           1:22CR49

BRUCE SMITH.

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that the defendant in the above-captioned case, Bruce Smith by counsel, Katy J. Cimino, Assistant Federal Public Defender, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment of the United States District Court entered on March 6, 2023.

The defendant, being without funds and previously having been deemed indigent under the provisions of the Criminal Justice Act, respectfully requests the appointment of counsel to prosecute this appeal.

**DATED** this the 6th day of March 2023.

                                                                                             Respectfully submitted,
                                                                                             **BRUCE SMITH**

By:    <u>s/ Katy J. Cimino</u>
          Katy J. Cimino
          WV State Bar No. 10302
          Federal Public Defender Office
          230 West Pike Street; Suite 360
          Clarksburg, West Virginia 26301
          Tel: (304) 622-3823
          Fax: (304) 622-4631
          Email:  katy_cimino@fd.org

## CERTIFICATION OF SERVICE

I certify that on March 6, 2023, I have filed the foregoing with the Clerk's office using the electronic filing system which should automatically send an electronic copy to opposing counsel listed below:

**David Perri, AUSA**
**United States Attorney's Office**
**P.O. Box 591**
**Wheeling, West Virginia 26003**

By:  s/ Katy J. Cimino
Katy J. Cimino
WV State Bar No. 10302
Attorney for Defendant
Federal Public Defender Office
230 West Pike Street; Suite 360
Clarksburg, West Virginia 26301
Tel: (304) 622-3823
Fax: (304) 622-4631
E-Mail: katy_cimino@fd.org