## APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: 03/06/23 | District: Northern District of West Virginia | District Case No.: 1:22-cr-00049-TSK-MJA |
|---|---|---|
| ✔ First NOA in Case <br> ___ Subsequent NOA-same party <br> ___ Subsequent NOA-new party <br> ___ Subsequent NOA-cross appeal <br> ___ Paper ROA    ___ Paper Supp. <br> Vols: _____ <br> Other: _____ | Division: Clarksburg <br><br> Caption: <br> USA, <br> V. <br> Bruce Henry Smith, Defendant. | 4CCA No(s). for any prior NOA: <br><br> 4CCA Case Manager: |

**Exceptional Circumstances:**   ___ Bail   ___ Interlocutory   ___ Recalcitrant Witness   ___ Other _____

**Confinement-Criminal Case:**
___ Death row-use DP Transmittal
___ Recalcitrant witness
___ In custody
___ On bond
___ On probation

**Defendant Address-Criminal Case:**

**District Judge:** Thomas S. Kleeh

**Court Reporter** (list all): Rachel Kocher

**Coordinator:** Kim Criswell

**Fee Status:**
___ No fee required (USA appeal)     ___ Appeal fees paid in full     ✔ Fee not paid

**Criminal Cases:**
___ Defendant proceeded under CJA in district court.
___ Defendant did not proceed under CJA in district court.

**Civil, Habeas & 2255 Cases:**
✔ Court granted & did not revoke IFP status (continues on appeal)
___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**
___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply)**:**
✔ Portions of record under seal
___ Entire record under seal
___ Party names under seal
___ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable)**:**
___ Assembled electronic record available upon request
___ Additional sealed record available upon request
___ Paper record or supplement available upon request
___ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

**Record Status for Counseled Appeals** (check any applicable)**:**
✔ Assembled electronic record available upon request
___ Additional sealed record available upon request
___ Paper record or supplement available upon request
___ No in-court hearings held
___ In-court hearings held – all transcript on file
✔ In-court hearings held – all transcript not on file
___ Other:

Deputy Clerk: A. Greenidge     Phone: 304-232-0011     Date: 03/06/23

02/2023