FILED: March 7, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4145 (L)
(1:20-cr-00081-TSK-MJA-1)

_____

UNITED STATES OF AMERICA

　　　　Plaintiff - Appellee

v.

BRUCE HENRY SMITH

　　　　Defendant - Appellant

_____

No. 23-4147
(1:22-cr-00049-TSK-MJA-1)

_____

UNITED STATES OF AMERICA

　　　　Plaintiff - Appellee

v.

BRUCE HENRY SMITH

　　　　Defendant - Appellant

_____

O R D E R

_____

The court consolidates Case No. 23-4145 and Case No. 23-4147. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk